DANNER, Appellant, v. NEW YORK & H. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Adam Danner against the New York & Harlem Railroad Company and another. No opinion. Motion denied, with costs. See, also, 137 N. Y. Supp. 270.

DAVIDSON v. OSBORNE. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by William A. Davidson against Walter L. Osborne. No opinion. Motion denied. See, also, 136 N. Y. Supp. 247.

DAVIS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Julius Davis against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

DEAL, Appellant, v. LESTER, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Harriet L. Deal against George H. Lester. B. G. Heyn, of New York City, for appellant. J. L. Zoetzl, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DEAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Annie Dean against the City of New York.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error in the instruction by the court at folio 239.
BURR, J., dissents.

DEBOTTIS, Respondent, v. DEBOTTIS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by Mary Debottis against Frank Debottis, impleaded with others. No opinion. Motion granted, and appeal dismissed, with costs. See, also, 149 App. Div. 928, 133 N. Y. Supp. 1118.

DE BRUNOFF, Respondent, v. AMERICAN BANK NOTE CO., Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Maurice De Brunoff against the American Bank Note Company. J. K. Byard, of New York City, for appellant. R. Tracy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DE FRAINE, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Washington I. De Fraine against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DEGNAN, Respondent, v. WILLIAMSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by John J. Degnan against Steve Williamson. No opinion. Judgment and order unanimously affirmed, with costs.

DE MATTO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Sam De Matto against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

D'ESTERRE, Appellant, v. ERNST, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by Charles F. D'Esterre, as administrator, etc., of Elsie D'Esterre, deceased, against John H. Ernst.
PER CURIAM. Judgment affirmed, with costs.
HIRSCHBERG, J., dissents, on the ground that the conflict as to the distance the machine was away from the child, when she first jumped back into the street, required a submission of the question to the jury.

DETVILLER, Respondent, v. ROLLED PLATE METAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by John Detviller against the Rolled Plate Metal Company. No opinion. Order affirmed, with $10 costs and disbursements.

DICKER v. ROOSSIN. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Morris Dicker against Abraham B. Roossin. No opinion. Application denied, with $10 costs. Order signed. See, also, 136 N. Y. Supp. 50.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Paul Dickey against Christopher A. Gortner. No opinion. Motion denied, without costs. See, also, 146 App. Div. 917, 131 N. Y. Supp. 1111.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Paul Dickey against Christopher A. Gortner.
PER CURIAM. Motion for reargument denied, without costs. See, also, 137 N. Y. Supp. 1117.
CARR, J., not voting.

DICKINSON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Third Department. Septem-